IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BANK OF AMERICA, N.A., *as Trustee for the Registered Holders of Credit Suisse First Boston Mortgage Securities*, | § § § § | |
| Plaintiff, | § § | |
| v. | § § § | CIVIL ACTION NO. H-09-2371 |
| ALLIANCE PP2 FX1 LIMITED PARTNERSHIP, | § § § § | |
| Defendant. | § | |

**ORDER STAYING AND ADMINISTRATIVELY CLOSING CASE PENDING
CONCLUSION OF RECEIVER'S WORK**

This court appointed a receiver in this case. The receiver is repairing the property and will then sell it. Given the status of this work, the reports made by the receiver, and the position of other parties in interest, this court stays this case and administratively closes it pending the completion of the receiver's work. This case may be reinstated to this court's active docket when the receiver's work is complete and the parties are ready to enter a final judgment or dismissal, or when there is a need for the court's involvement, whichever occurs earlier. The receiver must file a report with this court on the status of its work no later than September 3, 2010, if the case has not been finally closed by that date.

SIGNED on March 12, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge